UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 13-cr-20897-WPD

UNITED STATES OF AMERICA

    *Plaintiff,*

v.

DIGNA ASUSENA VALLE-VALLE

    *Defendant.*
_____/

## MOTION TO WITHDRAW AS COUNSEL

COMES NOW, Richard Docobo, undersigned counsel, and respectfully moves this Honorable Court to allow him to withdraw as counsel of record for the defendant, Digna Valle-Valle. AS GROUNDS the undersigned states as follows:

1. On August 28, 2014, after normal office hours, the undersigned received an email from Attorney Silvia Piñera-Vasquez indicating that a letter is attached to the email confirming that Ms. Valle-Valle decided to retain her firm. The email body states that Ms. Piñera-Vasquez "will be entering a formal appearance shortly."

2. The attached letter, dated August 21, 2014, states that the Notice of Appearance will occur "next week".

3. The correspondence also avers that the Piñera-Vasquez firm is representing the defendant solely and that all future planned conferences (such as Discovery Conferences made reference to in the Standing Discovery Order) should be cancelled and all further representation by the undersigned should cease.

4. The undersigned has been assured that a Notice of Appearance or Substitution of

Counsel is forthcoming. One has yet to be filed.

WHEREFORE, the undersigned counsels respectfully requests that the Court enter an order allowing undersigned counsel to withdraw as counsel of record in the instant matter.

### CERTIFICATE OF SERVICE

I DO HEREBY CERTIFY that a true and correct copy of the foregoing was served upon all parties of record on this 2nd day of September, 2014, *via* the court's electronic filing system.

By: */s/ Richard Docobo*
Richard Docobo
Florida Bar No.: 357421
25 SE 2 Avenue
Suite 1100
Miami, FL 33131-1674
Tel. (305) 423-6868
Fax (305) 536-2170