UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 13-20897-CR-DIMITROULEAS

UNITED STATES OF AMERICA

v.

DIGNA ASUSENA VALLE-VALLE,

Defendant.
_____/

## STIPULATED FACTUAL PROFFER IN SUPPORT OF PLEA

If this matter were to proceed to trial, the Government would prove the following facts beyond a reasonable doubt. The Parties agree that these facts, which do not include all facts known to the Government and the Defendant, **DIGNA ASUSENA VALLE-VALLE**, are sufficient to prove the guilt of the Defendant of the above-referenced ~~Information~~ Indictment [initials]:

Beginning in early 2009, co-conspirators will testify that they participated with the Defendant in the distribution of cocaine. In 2009, One co-conspirator (CC1) will testify about a shipment of cocaine to Honduras that the Defendant's role was to take an active participation in transporting that cocaine through Honduras where the drugs would eventually be imported into the United States. Several other co-conspirators can testify that the Defendant was involved in several narcotics transaction involving Los Cachiros drug trafficking organization beginning in 2010. The Defendant took an active role where she was involved in the negotiation for transportation of large amounts of cocaine through Honduras. A confidential sources (CS2) will testify that he had a meeting with the Defendant in October 2013. The meeting took place at the Defendant's home. According to CS2, the purpose for the meeting was to discuss and negotiate a business deal. CS2, the Defendant, as well as others, negotiated the transport of 2000 kgs of

1

cocaine that would be arriving to Honduras via a go-fast vessel.  The Defendant was negotiating the off-loading and transportation of the 2000kgs through Honduras to Mexico.  The Defendant was aware that the cocaine loads and shipments would be used to transport cocaine through Central America and eventually imported into to the United States.

WIFREDO A. FERRER
UNITED STATES ATTORNEY

Date: Feb 18, 2015

By: _____
MICHAEL B. NADLER
ASSISTANT UNITED STATES ATTORNEY

Date: 2/18/2015

By: _____
SILVIA PINERA-VAZQUEZ
ATTORNEY FOR DEFENDANT

Date: 2/18/2015

By: _____
DIGNA ASUSENA VALLE-VALLE
DEFENDANT

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 13-20897-CR-DIMITROULEAS

UNITED STATES OF AMERICA

v.

DIGNA ASUSENA VALLE-VALLE,

Defendant.
_____/

## STIPULATED FACTUAL PROFFER IN SUPPORT OF PLEA

If this matter were to proceed to trial, the Government would prove the following facts beyond a reasonable doubt. The Parties agree that these facts, which do not include all facts known to the Government and the Defendant, **DIGNA ASUSENA VALLE-VALLE**, are sufficient to prove the guilt of the Defendant of the above-referenced Information:

Beginning in early 2009, co-conspirators will testify that they participated with the Defendant in the distribution of cocaine. In 2009, One co-conspirator (CC1) will testify about a shipment of cocaine to Honduras that the Defendant's role was to take an active participation in transporting that cocaine through Honduras where the drugs would eventually be imported into the United States. Several other co-conspirators can testify that the Defendant was involved in several narcotics transaction involving Los Cachiros drug trafficking organization beginning in 2010. The Defendant took an active role where she was involved in the negotiation for transportation of large amounts of cocaine through Honduras. A confidential sources (CS2) will testify that he had a meeting with the Defendant in October 2013. The meeting took place at the Defendant's home. According to CS2, the purpose for the meeting was to discuss and negotiate a business deal. CS2, the Defendant, as well as others, negotiated the transport of 2000 kgs of

1

cocaine that would be arriving to Honduras via a go-fast vessel. The Defendant was negotiating the off-loading and transportation of the 2000kgs through Honduras ~~to Mexico~~. The Defendant was aware that the cocaine loads and shipments would be used to transport cocaine through Central America and eventually imported into to the United States.

WIFREDO A. FERRER
UNITED STATES ATTORNEY

Date: 2/13/15        By: _____ (K Stewart)
                         MICHAEL B. NADLER
                         ASSISTANT UNITED STATES ATTORNEY

Date: 2/13/15        By: _____
                         SILVIA PINERA-VAZQUEZ
                         ATTORNEY FOR DEFENDANT

Date: 2/13/15        By: _____
                         DIGNA ASUSENA VALLE-VALLE
                         DEFENDANT

Interpreted by:
Maria Kisic, Staff Interpreter
2/13/15

2